**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6381**

CLARENCE T. FOX, JR.,

   Plaintiff - Appellant,

  v.

JOHN J. LAMANNA, in his individual capacity; R. MCLAFFERTY, in his individual capacity; BRIAN FINNERTY; BRIAN GILMORE,

   Defendants - Appellees,

  and

FEDERAL BUREAU OF PRISONS, in its official capacity; HARLEY G. LAPPIN, in his individual capacity,

   Defendants.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  G. Ross Anderson, Jr., District Judge.  (2:06-cv-01785-GRA)

Submitted:  August 21, 2008   Decided:  August 26, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence T. Fox, Jr., Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence T. Fox, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Fox v. LaManna</u>, No. 2:06-cv-01785-GRA (D.S.C. Feb. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>